IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HILDA S. RIVERA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>  Defendant. | HONORABLE JEROME B. SIMANDLE<br><br>CIVIL NO. 07-1912 (JBS)<br><br>**ORDER** |

This matter came before the Court upon review of the final decision of the Defendant, Commissioner of the Social Security Administration, denying the application of Claimant, Hilda S. Rivera, for Supplemental Security Income under Title XVI of the Social Security Act; and

The Court finding that the Commissioner's decision is not supported by substantial evidence and that it should be vacated and remanded for reasons stated in the Opinion of today's date;

**IT IS** on this 8th day of **August, 2008**, hereby

**ORDERED** and **ADJUDGED** that the Commissioner's decision shall be, and hereby is, **VACATED** and **REMANDED** for further proceedings consistent with the instructions and directives set forth in the accompanying Opinion.

/s/ Jerome B. Simandle
JEROME B. SIMANDLE
United States District Judge